VRP:raa
File No. 2002Z00419

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | MISCELLANEOUS NO. 02-MC-120 |
| MADELYN D. BRADLEY, | : | |
| Defendant | : | |

**PRAECIPE TO SATISFY JUDGMENT**

TO THE CLERK
United States District Court
Eastern District of Pennsylvania

   Please mark the Judgment, including the requested Bill of Cost, entered in the above captioned matter, **SATISFIED**.

            **PATRICK L. MEEHAN**
            United States Attorney


            _____
            **VIRGINIA R. POWEL**
            Assistant United States Attorney

**DATE**: _____